# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | Case No. 1:23-MD-03089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Coyle v. GlaxoSmithKline LLC, et al*, No. 1:23-cv-07311-BMC (E.D.N.Y.)<br><br>*Butler v. Johnson & Johnson – New Jersey, et al*, No. 2:23-cv-07497-BMC (E.D.N.Y.)<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*Juneau v. The Procter & Gamble Company, et al*, No. 1:23-cv-09060-BMC (E.D.N.Y.)<br><br>*Barton, et al v. RB Health (US) Inc., et al*, No. 1:23-cv-09063-BMC (E.D.N.Y.)<br><br>*Nelson, et al v. Johnson & Johnson, Inc., et al*, No. 1:23-cv-09261-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Valdes v. McNeil Healthcare, et al*, 1:23-cv-09267-BMC (E.D.N.Y.)<br><br>*Silva v. Reckitt Benckiser LLC, et al*, No. 1:23-cv-09268-BMC (E.D.N.Y.)<br><br>*De Priest, et al v. Walgreen Co., et al*, No. 1:23-cv-09272-BMC (E.D.N.Y.)<br><br>*Hsieh, et al v. RB Health (US) LLC, et al*, No. 1:23-cv-09274-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Fong v. Johnson & Johnson Consumer Inc., et al*, No. 1:23-cv-09278-BMC (E.D.N.Y.)<br><br>*Murdock, et al v. RB Health (US) LLC, et al*, No. 1:23-cv-09279-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE OF JACOB M. RAE** |

*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)

*Adkins, et al v. Reckitt Benckiser Pharmaceuticals Inc., et al*, No. 1:23-cv-09291-BMC (E.D.N.Y.)

*Wilson v. Johnson & Johnson Consumer, Inc., et al*, No. 1:23-cv-09296-BMC (E.D.N.Y.)

*Jones v. Bayer Corporation, et al*, No. 1:23-cv-09297-BMC (E.D.N.Y.)

*Rourk v. Haleon, Plc*, No. 1:23-cv-09298-BMC (E.D.N.Y.)

*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.)

*Travis v. Procter & Gamble Company, et al*, No. 1:23-cv-09306-BMC (E.D.N.Y.)

*Newton's Pharmacy, Inc. v. Procter & Gamble Company, et al*, No. 1:23-cv-09307-BMC (E.D.N.Y.)

*Parker v. Bayer Healthcare, LLC, et al*, No. 1:23-cv-09311-BMC (E.D.N.Y.)

*Kasparie, et al v. Bayer Healthcare, LLC, et al*, No. 1:23-cv-09312-BMC (E.D.N.Y.)

*Benjamin, et al v. GlaxoSmithKline LLC, et al*, No. 1:23-cv-09313-BMC (E.D.N.Y.)

*Anderson, et al v. The Procter & Gamble Company, et al*, No. 1:23-cv-09315-BMC (E.D.N.Y.)

*Chamberlain v. Johnson & Johnson Consumer Inc., et al*, No. 1:23-cv-09316-BMC (E.D.N.Y.)

PLEASE TAKE NOTICE that the undersigned counsel, Jacob M. Rae, of Kirkland & Ellis LLP, is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in the above-captioned cases as counsel for defendant Haleon US Holdings LLC[1] (incorrectly named in some cases as GlaxoSmithKline Consumer Healthcare,

---

[1] Effective December 8, 2023, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC changed its name to Haleon US Holdings LLC. This notice also identifies actions in which foreign entities GSK plc and Haleon plc

2

Inc., GlaxoSmithKline LLC, GSK Consumer Health, Inc., GSK Consumer Healthcare, Inc., Haleon US Capital LLC, and Pfizer Inc.), as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: February 9, 2024                          Respectfully submitted,

<u>*/s/ Jacob M. Rae*</u>
Jacob M. Rae
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
lefkowitz@kirkland.com

*Counsel for Haleon US Holdings LLC*

---

have been named as defendants, although these entities are not properly served nor subject to jurisdiction in U.S. courts. By listing any matter herein, no party waives any jurisdictional defense or proper service of process.

# CERTIFICATE OF SERVICE

I, Jacob M. Rae, counsel for Defendant Haleon US Holdings LLC, hereby certify that on February 9, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further will cause the foregoing filed documents to be served via FedEx to the following:

***Butler v. Johnson & Johnson et al., No. 2:23-cv-07497***
*Pro Se* **Plaintiff**

Timothy Butler
Inmate No. 309172
Yaphank Correctional Facility
110 Center Drive South
Riverhead, NY 11901

                                                                    By: */s/ Jacob M. Rae*
                                                                           Jacob M. Rae